UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                                                :

ALI KOURANI,                            :

                                      :         **ORDER TERMINATING**
                       Petitioner,        :         **MOTIONS**
                                        :

      -against-                       :         17 Cr. 417 (AKH)
                                        :         23 Civ. 2265 (AKH)

UNITED STATES OF AMERICA        :

                                        :

                       Respondent.        :

                                        :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Clerk shall terminate ECF No. 207 in 17 Cr. 417 and ECF No. 21 in 23 Civ. 2265

as moot in light of the enlargement granted to the government at ECF No. 210 in 17 Cr. 417.  A

copy of this order shall be mailed to the Defendant.


        SO ORDERED.

Dated:        August 13, 2024                  /s/ Alvin K. Hellerstein
                New York, New York            ALVIN K. HELLERSTEIN
                                           United States District Judge

1