UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                        :

ALI KOURANI,                           :

                  Petitioner,     :     **ORDER DENYING MOTION**
                                  :     **FOR RECONSIDERATION**

     -against-                    :     23 Civ. 2265 (AKH)
                                  :     17 Cr. 417 (AKH)

UNITED STATES OF AMERICA,   :

                 Respondent.    :

----------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant previously filed a Motion to Deny Enlargement, ECF No. 23 in 23 Civ.

2265 and ECF No. 212 in 17 Cr. 417, asking the Court to deny the Government's request for an

enlargement of time, ECF No. 209 in 17 Cr. 417. I denied Defendant's motion in an August 15,

2024 Order, holding that it was moot in light of my grant of an enlargement to the Government,

ECF No. 24 in 23 Civ. 2265 and ECF No. 213 in 17 Cr. 417. Defendant now moves for

reconsideration of my August 15, 2024 Order. That motion is denied. The Government's

underlying request for an enlargement of time was reasonable and it was within my discretion to

grant it. Defendant's motion lacks merit.

       The Clerk shall terminate the motion, ECF No. 25 in 23 Civ. 2265. A copy of this

Order shall be mailed to Defendant.

       SO ORDERED.

Dated:       November _13_, 2024
              New York, New York           ALVIN K. HELLERSTEIN
                                                United States District Judge

1